NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702.388.6336
Kimberly.Frayn@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSUE GARCIA-RODRIGUEZ,<br><br>    Defendant. | Case No.: 2:17-CR-190-JCM-GWF<br><br>**Stipulation to Continue Revocation Hearing (First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Defendant JOSUE GARCIA-RODRIGUEZ, ("Garcia" or "defendant"), that the Court continue the revocation to a date and time convenient to the Court, but not earlier than August 3, 2020.

This stipulation is entered into for the following reasons:

1. A petition alleging that the defendant violated the conditions of his supervised release has been filed in this case. ECF No. 23. A revocation hearing is currently scheduled for May 15, 2020. ECF No. 25.

2. The defendant has been charged in a criminal complaint in case number 2:20-mj-318-DJA with felony Deported Alien Found in the United States in violation of Title 8, United States Code, Section 1326(a) and (b). At the parties' request, the preliminary hearing on this complaint has been continued to August 3, 2020. ECF No. 11.

3. The United States Attorney's Office has developed an early disposition program for immigration cases, authorized by the Attorney General pursuant to the PROTECT ACT of 2003, Pub. L. 108-21.

4. The early disposition program for immigration cases is designed to: (1) reduce the number of hearings required in order to dispose of a criminal case; (2) avoid having more cases added to the court's trial calendar, while still discharging the government's duty to prosecute federal crimes; (3) reduce the amount of time between complaint and sentencing; and (4) avoid adding significant time to the grand jury calendar to seek indictments in immigration cases, which in turn reduces court costs.

5. The government has made a global plea offer in this case that (1) requires defendant to waive specific rights and hearings in exchange for "fast-track" downward departure under USSG § 5K3.1 in case number 2:20-mj-318-DJA; and (2) requires defendant to admit to violating the conditions of his supervised release. This offer will be withdrawn if it is not timely accepted before a preliminary hearing is held in case number 2:20-mj-318-DJA.

6. Under Federal Rule of Criminal Procedure 32.1(b)(2), the Court should conduct a revocation hearing "within a reasonable time" after the defendant has had his initial appearance on a petition for supervised release violations. The parties agree that it is reasonable to continue the revocation hearing until after August 3, 2020, to allow the parties

a chance to negotiate a global resolution to the new charge in case number 2:20-mj-318-DJA, and the alleged supervised release violations herein.

7. Defendant is in custody and agrees with the requested continuance.

8. Defendant needs additional time to review the discovery and investigate potential defenses to make an informed decision as to how to proceed, including whether to accept the global plea agreement.

9. Accordingly, the parties jointly request that the Court schedule the revocation hearing in this case to a date and time convenient to the Court, but not earlier than August 3, 2020.

10. This continuance supports the public interest in the prompt disposition of criminal cases by permitting defendant to consider entering into a plea agreement under the United States Attorney's Office's fast-track program for § 1326 defendants.

11. This is the first request to continue the revocation hearing.

DATED this 30th day of April, 2020.

                                                     Respectfully submitted,

                                                     NICHOLAS A. TRUTANICH
                                                     United States Attorney

*/s/ Nisha Brooks-Whittington*              */s/ Kimberly M. Frayn*
NISHA BROOKS-WHITTINGTON       KIMBERLY M. FRAYN
Assistant Federal Public Defender           Assistant United States Attorney
Counsel for Defendant
Josue Garcia-Rodriguez

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSUE GARCIA-RODRIGUEZ,<br><br>　　　　Defendant. | Case No.: 2:17-CR-190-JCM-GWF<br><br>**[Proposed] Order on Stipulation Continue the Revocation Hearing** |

　　　Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served;

　　　IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on May 15, 2020 at the hour of 11:00 a.m., be vacated and continued to <u>August 4, 2020</u> at the hour of <u>10:30 a.m</u>.

　　　DATED May 1, 2020.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE JAMES C. MAHAN
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE