```
                           FILED            RECEIVED
                           ENTERED          SERVED ON
                                    COUNSEL/PARTIES OF RECORD

                               NOV 20 2020

                            CLERK US DISTRICT COURT
                              DISTRICT OF NEVADA
                        BY:_____DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSUE GARCIA-RODRIGUEZ,<br><br>Defendant. | Case No. 2:17-cr-00190-JCM-GWF<br><br>**WAIVER OF RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING** |

I understand that I have a right to appear in person in court at the Revocation of Supervised Release proceeding in this case scheduled for November 20, 2020. I have been advised of the nature of this proceeding and my right to appear in person at this proceeding. I have been informed that I may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of the COVID-19 virus in the District of Nevada and in order to protect my health and safety, as well as those of the attorneys, the court and court staff.

Understanding my right to appear in person at this proceeding, I knowingly and voluntarily waive my right to appear at this proceeding in person, and I consent to appear by video teleconference or by telephone conference where the video teleconference is not reasonably available. I consulted with my attorney prior to deciding to waive my right to appear in person at this proceeding.

*Nisha Brooks-Whittington*
on behalf of Josue Garcia-Rodriguez  11/9/20
Defendant's Signature                (date)

*Nisha Brooks-Whittington*  11/9/20
Signature of Defendant's Attorney    (date)

Nisha Brooks-Whittington
Printed Name of Defendant's Attorney

[Judge's Signature]  11/20/2020
Judge's Signature                    (date)

James C. Mahan, USDJ
Judge's Printed Name and Title